**93–577.** Lehmkuhl v. Owners Ins. Co. *Clermont County*, No. CA92–06–072. On motion to certify the record. Motion allowed; *sua sponte*, cause held for decision in 92–952, *Savoie v.*

*Grange Mut. Cas. Co.*, Holmes County, No. CA–450; briefing schedule stayed.
MOYER, C.J., dissents.